# EXHIBIT A

080000

| CITY OF PHILADELPHIA MEDICAL EXAMINERS OFFICE | MEO CASE # - 5420-94 |

H

**NAME - MARSHA SMITH**

ADDRESS - 5122 SPRUCE ST., PHILA. PA     AGE/SEX/RACE - 38     F     B

DATE PRONOUNCED DEAD - 11/20/94                TIME PRONOUNCED DEAD - 11:40 AM
PLACE PRONOUNCED DEAD - 4504-06 CHESTNUT ST.   PRONOUNCED DEAD BY - MEO

IDENTIFIED BY - ANNA CLARK

DATE EXAMINED - 11/21/94                TIME EXAMINED - 10:00 A.M.
HEIGHT -    5 FT    4 INS              WEIGHT -    135 LBS

PATHOLOGICAL FINDINGS
SMOKE AND SOOT INHALATION




CAUSE OF DEATH - SMOKE AND SOOT INHALATION

DATE OF INJURY - 11/20/94               TIME OF INJURY - AM
PLACE OF INJURY - HOME                  ADDRESS - 4504-06 CHESTNUT ST. PHILA. PA

MANNER OF DEATH - HOMICIDE              SIGNED - HARESH G. MIRCHANDANI, M.D.
DATE SIGNED - 11/21/94