# EXHIBIT B

980000

# PHILADELPHIA POLICE DEPARTMENT BIOGRAPHICAL INFORMATION REPORT

ARREST ☐  INVESTIGATION ☐  OTHER ☑

CHECK BLOCKS WHERE DOCUMENTATION EXISTS

| DATE | TIME | LOCATION OF INITIAL CONTACT | DISTRICT | DC# |
|---|---|---|---|---|
| 11-26-94 | 6:10 | 728 N. 46th St. | 19th (21) | |

| NAME: LAST | FIRST | MIDDLE | DOB | SEX | RACE |
|---|---|---|---|---|---|
| WEST | SUE | ANN | 5-12-65 | F | B |

| HEIGHT | WEIGHT | HAIR COLOR | EYE COLOR | COMPLEXION | BUILD | GLASSES (Y/N) | FACIAL HAIR |
|---|---|---|---|---|---|---|---|
| 5'4 | 180 | Brn | Brn | T-Brn | Stocky | N | N |

NICKNAME: 
ALIASES: 
MARITAL STATUS: Single

RESIDENCE: STREET NUMBER/NAME: 204 N. 62nd St.
CITY/STATE (OTHER THAN PHILA): Phila. PA.
DIST: 19th

TYPE OF RESIDENCE: [redacted]
RESIDES WITH: [redacted]
DRIVER #: 
STATE:

SOCIAL SECURITY #: [redacted]
OCCUPATION: Unemployed
EMPLOYER/ADDRESS:

PLACE OF BIRTH, CITY, STATE: Phila. PA.
GROUP AFFILIATION:
ETHNIC BACKGROUND:

SCARS, TATTOOS, DEFORMITIES:
CLOTHING DESCRIPTION:
JEWELRY WORN:

## VEHICLE INFORMATION

| | YEAR | MAKE | MODEL | COLOR | STATE | TAG | VIN |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | | | | | |

| | OWNER - LAST NAME, FIRST | ADDRESS | CITY | STATE |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |

| MODUS OPERANDI (METHODS, TRAITS, ETC.) | AREAS FREQUENTED |
|---|---|
| | |

BIR 3/92)
75-229 (Rev. 3/92)

AREAS MARKED WITH ▶ MUST BE FILLED IN.
CHECK RELIABILITY BOXES WHEN APPROPRIATE

980000

| RELATIVES | | | | | | |
|---|---|---|---|---|---|---|
| SPOUSE | LAST | MAIDEN | FIRST | ADDRESS | CITY/STATE | |
| | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | | | | | |
| BROTHER SISTER | | | | | | |
| BROTHER SISTER | | | | | | |

| ASSOCIATES | | | | |
|---|---|---|---|---|
| LAST NAME | FIRST NAME | ADDRESS | CITY/STATE | PPN |
| ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | | | | |
| | | | | |
| | | | | |

| EDUCATION | | | |
|---|---|---|---|
| SCHOOL | ADDRESS | CITY/STATE | YEARS |
| | | | |
| | | | |

| CRIMINAL RECORD INFORMATION | | | |
|---|---|---|---|
| PPN | FBI # | PA # | OTHER # (STATE, INCARCERATION) |
| PAROLE # | PAROLE OFFICER | | TELEPHONE # |
| PROBATION # | PROBATION OFFICER | | TELEPHONE # |

▶ CHIEF CRIMINAL ACTIVITY

| INITIATING OFFICER LAST NAME | BADGE | RANK | DIST/UNIT/PLATOON |
|---|---|---|---|
| ASSIGNED INVESTIGATOR | BADGE | RANK | DIST/UNIT/PLATOON |

| ADDITIONAL REMARKS |
|---|
| |

| INVESTIGATION INTERVIEW RECORD | PHILADELPHIA POLICE DEPARTMENT HOMICIDE DIVISION | CASE NUMBER |
|---|---|---|
| | | INTERVIEWER Det. Paul McKelvi |

| NAME John Antrom | AGE 40 | RACE B | DOB 6-5-54 |
| ADDRESS 4506 Chestnut St | APARTMENT NUMBER 308 | | TELEPHONE NUMBER N/A |
| NAME OF EMPLOYMENT/SCHOOL | | | SOCIAL SECURITY NUMBER 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 |
| ADDRESS OF EMPLOYMENT/SCHOOL | | DEPARTMENT | TELEPHONE NUMBER |

DATES OF PLANNED VACATIONS

DATES OF PLANNED BUSINESS TRIPS

NAME OF CLOSE RELATIVE [redacted]

ADDRESS [redacted]   TELEPHONE NUMBER [redacted]

PLACE OF INTERVIEW PAB Rm 104   DATE 11-20-94   TIME 9:40

BROUGHT IN BY Police   DATE 11-20-94   TIME 9:30

WE ARE QUESTIONING YOU CONCERNING Death of Marcia Smith at 45th & Chestnut St

WARNINGS GIVEN BY         DATE      TIME

ANSWERS (1) (2) (3) (4) (5) (6) (7)

Q Mr Antrom How far did you go in school & do you read & write english?
A. 12 yrs, yes I do.

Q Do you go by any other name or nickname
A Sun down

Q Are you presently under the influence of any drugs or alcohol?
A No.

Q Did you know the deceased Marcia Smith
A Yes.

Q How long had you known her?
A Since around April.

RECORD ☐ Yes ☐ No   CHECKED BY
REVIEWED BY

75-443 rev. 7-32

John T Antrom

000237