# EXHIBIT 1

| INVESTIGATION INTERVIEW RECORD | PHILADELPHIA POLICE DEPARTMENT HOMICIDE DIVISION | CASE NUMBER |
|---|---|---|
| | | INTERVIEWER Det. Paul Raley #9077 |

| NAME Donald Minnick | AGE 31 | RACE B/M | DOB 9-7-63 |
|---|---|---|---|
| ADDRESS Homeless (4504 Chestnut St.) | APARTMENT NUMBER 3rd. fl. rear | | TELEPHONE NUMBER none |
| NAME OF EMPLOYMENT/SCHOOL none | | | SOCIAL SECURITY NUMBER unknown |
| ADDRESS OF EMPLOYMENT/SCHOOL | DEPARTMENT | | TELEPHONE NUMBER |

DATES OF PLANNED VACATIONS

DATES OF PLANNED BUSINESS TRIPS

NAME OF CLOSE RELATIVE [redacted]

ADDRESS [redacted]     TELEPHONE NUMBER [redacted]

| PLACE OF INTERVIEW room "C" 104 PAB | DATE 11-20-94 | TIME 10:45AM |
|---|---|---|
| BROUGHT IN BY Police | DATE | TIME |

WE ARE QUESTIONING YOU CONCERNING
The fire and death of Marcia Smith that occurred at 4504 Chestnut St.

| WARNINGS GIVEN BY N/A | DATE | TIME |
|---|---|---|

ANSWERS  (1)  (2)  (3)  (4)  (5)  (6)  (7)

Q. Are you known by any other names?

A. David Minnick.

Q. How long have you lived at 4504 Chestnut St?

A. Since about August of 1993.

Q. Is 4504 Chestnut St. an abandoned property?

A. Yes.

Q. How long has 4504 Chestnut St. been abandoned?

A. I don't know, but when I moved in it had electric and water. The water and electric was shut off last September.

Q. How many people live inside 4504 Chestnut St?

A. Six.

Q. Tell me the names of the other people that live there and where in the building they live.

A. Marsha Smith is my girlfriend and she lived with me on the 3rd. floor. John Antrom and Terry McCullough lived in the 3rd. floor front. Larry Hawkins and his girlfriend Rosalyn Jones lived on the 4tth. floor, rear.      *Donald J Minnick*

| RECORD ☐ Yes ☐ No | CHECKED BY |
|---|---|
| REVIEWED BY | |

75-483 (Rev. 7/82)

285

| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT | |
|---|---|---|
| NAME: Donald Minnick | PAGE: 2 | CASE NO. |

Q. Were you present this morning when there was as fire at 4504 Chestnut St?

A. Yes.

Q. Tell me what happened.

A. Me and Marsha came home about 2:30 in the morning. We went up to the 3rd. floor and I knocked on John and Terry's door. I talked to them for a little while and me and Marsha went up to our room. We went to sleep. I woke up because Larry was yelling mine and Marsha's name. It was still dark out. I ran to the door. I could see like a glow on the other side of the door. Larry was still yelling our names and saying that we had to get out. I had a couch blocking the door. I tried to move it, but I saw flames under the door. I knew that I couldn't open the door. I yelled to Marsha to get up and put her cloths on. She got up. I was trying to figure a way to get out and I realized that the only way was to go out the window. I climbed out the window and was hanging by my fingers. I just let go and fell to the ground. I noticed that the officer was there. I looked up and Marsha was at the window. Me and the officer was yelling for her to jump. She was scared so I told her to lay on the floor, because the firemen would soon be there. The officer told me to come around to the front. She was going to get the firemen. She told them to go to the rear and she put me in the back of the police car. Then the officer brought me here.

Q. Were you injuried as a result of jumping from the 3rd. floor window?

A. I think I sprained my right foot. After I get done here I think I'll go to the hospital.

Q. Do you know if Marsha was brought out of the building?

A. No.

Q. Why did you have a couch blocking the bedroom door?

A. To keep Rick from coming in.

Q. Who is Rick?

*Donald J Minnick*

75-483A

286

| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT | |
|---|---|---|
| NAME Donald Minnick | PAGE 3 | CASE NO. |

A. He's a guy that used to live there. He come thru there every now and then to get high.

Q. When you and Marsha came home at 2:30AM and spoke to John and Terry, did they tell you that they or anyone else in the building was having any problem with anyone?

A. No.

Q. Did something happen on Saturday morning between you and Rick?

A. Yes.

Q. Tell me about that.

A. At about 6:00 or 6:30 on Saturday morning me and Marsha were asleep in our bed. Rick came busting into the room. He woke us up. I told him to get out. I could tell that he was high. He said, "There's no crying, There's no loud talking and Nobody's leaving". I told Rick that me and Marsha had to go somewhere. Rick said that I could go, but Marsha wasn't going nowhere because he wanted some pussy. Rick started taking his pants off. I told him that that was not going to happen. Marsha started crying. I ran over to John and Terry's room. I knocked on their door. They opened and I told them that Rick was in my room and he was starting his bull shit again. Marsha ran over to John's room. She was bleeding from the mouth. She said that Rick hit her in the mouth and in the stomach. I told her to go into the bathroom and to stay there. Rick came into John's room and we started arguing. I told him that I was tired of him harrassing us. That's when Rick punched me on the left side of my face. I hit Rick back and we started fighting. Terry told John to help me out. Me and John started beating on Rick. He picked up A chair and me and JOHN were able to get it away from him. Me and John were able to get Rick to the door and we threw him out. After he was in the hallway, we locked John's door. Terry looked out the window and saw Rick leaving.

Q. Have you seen Rick since you threw him out of John and Terry's room yesterday morning?

A. No.    *Donald J Minnick*

75-483A

287

| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT | |
|---|---|---|
| NAME: Donald Minnick | PAGE: 4 | CASE NO. |

Q. Did Rick threaten you in any way yesterday morning when you were fighting or after you threw him out of the room?

A. No.

Q. What kind of injuries did Marsha have yesterday?

A. Her lip was cut and she was having stomach pain. She is 2 months pregnant.

Q. Do you know if Marsha and Rick ever were together before?

A. No.

Q. How long have you and Marsha been together?

A. About 4 months.

Q. How long have you known Rick?

A. About a year.

Q. How did you know Rick?

A. He was friends with my step-brother Glenn Taylor. Glenn was murdered in the same house on August 7th, 1993.

Q. Have you had problems with Rick in the past?

A. Yes.

Q. What kind of problems?

A. He would just come in the room and start taking things from me.

Q. When was the last time before yesterday that you had a problem with Rick?

A. About 3 week ago.

Q. What was that problem about?

A. The same thing. He wanted some pussy from Marsha.

Q. Did you fight that time?

A. No. Me and Marsha left out the building.

Q. Describe Rick to me?         *Donald J Minnick*

75-483A

288

| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT | |
|---|---|---|
| NAME Donald Minnick | PAGE 5 | CASE NO. |

A. Black male, medium brown complexion, about 5'6, he's kind of heavy, short hair and a light mustache, about 27 years old.

Q. What is Rick's last name and where does he live?

A. I don't know.

Q. What was Rick wearing when you last saw him yesterday morning?

A. Blue jeans with different color patches up and down the legs and a white T shirt and white sneaks.

Q. How do you get in and out of 4504 Chestnut St?

A. You climb thru a window in the rear and that's the basement. We walk thru a little hallway and up the steps to the 3rd. and 4th. floor.

Q. Is Rick familiar with how to get in the building?

A. Yes, he's been in there alot of times.

Q. When Marsha came to Terry and John's room with the cut lip, did she say if Rick assaulted her in any other way?

A. No.

Q. Where does Marsha's mother live and what is her name.

A. Her mothers name is Ann Smith and she lives at ███

*Donald J Minnick*

75-483A

289