# EXHIBIT 2

| INVESTIGATION INTERVIEW RECORD | PHILADELPHIA POLICE DEPARTMENT HOMICIDE DIVISION | INTERVIEWER Det. Paul McKenna |
|---|---|---|

| NAME John Antrom | AGE 40 | RACE B | DOB 6-5-54 |
|---|---|---|---|

| ADDRESS 4506 Chestnut St | APARTMENT NUMBER 308 | TELEPHONE NUMBER N/A |
|---|---|---|

| NAME OF EMPLOYMENT/SCHOOL | | SOCIAL SECURITY NUMBER 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 |
|---|---|---|

| ADDRESS OF EMPLOYMENT/SCHOOL | DEPARTMENT | TELEPHONE NUMBER |
|---|---|---|

DATES OF PLANNED VACATIONS

DATES OF PLANNED BUSINESS TRIPS

NAME OF CLOSE RELATIVE [REDACTED]

ADDRESS [REDACTED]    TELEPHONE NUMBER [REDACTED]

| PLACE OF INTERVIEW PAB Rm 104 | DATE 11-20-94 | TIME 9:40 |
|---|---|---|
| BROUGHT IN BY Police | DATE 11-20-94 | TIME 9:30 |

WE ARE QUESTIONING YOU CONCERNING: Death of Marcia Smith at 45th & Chestnut St

WARNINGS GIVEN BY                    DATE       TIME

ANSWERS (1) (2) (3) (4) (5) (6) (7)

Q Mr Antrom how far did you go in school & do you read & write english?
A 12 yrs, yes I do.

Q Do you go by any other name or nickname
A Sun down

Q Are you presently under the influence of any drugs or alcohol?
A No.

Q Did you know the deceased Marcia Smith
A Yes.

Q How long had you known her?
A Since around April.

RECORD ☐ Yes ☐ No    CHECKED BY
REVIEWED BY
75-443 (Rev. 7/82)

John T Antrom

272

| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT |

**NAME** John Antrom 40 B/m  **PAGE** 2  **CASE NO.**

Q Do you live in APT 308 by yourself?
A No, my brother Terry lives there also.

Q Where did Marcia Smith live at?
A With David across the hall.

Q What woke you this morning?
A My brother Larry, he lives on the 4th fl above David.

Q Why did he wake you?
A Because there was fire in the building when I woke I smelled smoke so I got my brother up & got dressed.

Q Where was the fire located at?
A David said it started in his room he said Rick started it.

Q How did you get out of the building?
A My brother & I made our way to the fire escape & got down to the fire dept got a ladder up to us.

75-483A

Pathn T Antrom

273

| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT |
|---|---|

NAME: John Antrom 40 B/m
PAGE: 3
CASE NO.:

Q. When you got down to the ground who did you meet outside?
A. David.

Q. Did you speak with David?
A. Yes, he said it jumped but Marcia wouldn't she was scared.

Q. When you were outside could you see fire on the 1st or 2nd floor?
A. No, just the third floor up.

Q. Were you hurt at all?
A. No

Q. Was there an altercation between Rick & you?
A. Yes! Yesterday morning around 6:00 am in my apt.

Q. Tell me about what happened?
A. David & Marcia came over & knocked on my door. Rick was behind them. Rick was saying he wanted some "pussy".

75-483A

**INVESTIGATION INTERVIEW RECORD**
**CONTINUATION SHEET**

CITY OF PHILADELPHIA
POLICE DEPARTMENT

NAME: John Antrom 40 B/M
PAGE: 4
CASE NO.:

Q WHAT DID DAVID SAY TO RICK?
A DAVID TOLD RICK HE HAD AN APT & A WOMAN. WHY ARE YOU COMING HERE & MESSING AROUND WITH HIS LADY. RICK STARTED TO HIT DAVID IN MY KITCHEN. DAVID FOUGHT BACK. I THEN JUMPED INTO IT & HIT RICK IN THE RIBS WITH A GOLF CLUB. RICK RAN OUT OF THE APT & WAS SAYING HE WOULD GET US. HE SAID ONE WAY OR THE OTHER HE WOULD MAKE SURE WE WOULD NOT STAY IN THE BUILDING.

Q HAVE YOU SEEN RICK SINCE THE FIGHT?
A NO

Q DO YOU KNOW RICK'S LAST NAME OR WHERE HE LIVES AT?
A NO BUT HE IS SUPPOSE TO BE ON PROBATION

Q DO YOU KNOW WHO RICK'S LADY FRIEND IS?
A NO.

75-483A

275

Case 2:08-cv-05061-KSM   Document 123-2   Filed 01/03/22   Page 6 of 6

| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT |
|---|---|
| NAME: John Antrom 40 8/14 | PAGE: 5   CASE NO. |

Q. Do you know where Rick frequents?
A. 46-52 Market. A friend of his works at the car wash at 46th & Chestnut.

Q. Describe Rick for me?
A. B/M 5'9", 160-170 lbs, real short hair, dark complexion, late 20's early 30's.

Q. The male you refer to as David what is his full name?
A. Donald Minnick

Q. Is he here now?
A. Yes.

Q. Can you describe the male at the car wash?
A. Brn complex thin 5'8"-5'10" late 20's wears a black hat & green windbreaker green pants.

276