# EXHIBIT 3


# INVESTIGATION INTERVIEW RECORD

**PHILADELPHIA POLICE DEPARTMENT — HOMICIDE DIVISION**

- **CASE NUMBER:**
- **INTERVIEWER:** Santiago 823
- **NAME:** Rasean Hawkins
- **AGE:** 27
- **RACE:** B/M
- **DOB:** 7-11-67
- **ADDRESS:** 30 S. 48th St.
- **APARTMENT NUMBER:**
- **TELEPHONE NUMBER:** [redacted]
- **NAME OF EMPLOYMENT/SCHOOL:** unemployed
- **SOCIAL SECURITY NUMBER:** unk
- **ADDRESS OF EMPLOYMENT/SCHOOL:** Washes cars at lot
- **DEPARTMENT:** Texaco Station
- **TELEPHONE NUMBER:**
- **DATES OF PLANNED VACATIONS:** 46 + Chestnut St.
- **DATES OF PLANNED BUSINESS TRIPS:**
- **NAME OF CLOSE RELATIVE:** [redacted]
- **ADDRESS:** [redacted]
- **TELEPHONE NUMBER:**
- **PLACE OF INTERVIEW:** 8th + Race Sts, Homicide Div.
- **DATE:** 11-20-94
- **TIME:** 6:30 AM
- **BROUGHT IN BY:**
- **WE ARE QUESTIONING YOU CONCERNING:** The Murder by Arson of Marsha Smith
- **WARNINGS GIVEN BY:**

**ANSWERS** (1) (2) (3) (4) (5) (6) (7)

Q. Did you know the decedent - Marsha Smith?

A. No.

Q. Did you know any of the people from the Abandoned apt building at 4504 Chestnut?

A. No, I've seen people going in and out of the building, but I don't know them.

**RECORD:** ☐ Yes ☐ No
**CHECKED BY:** Rasean Hawkins
**REVIEWED BY:**

75-483 (Rev. 7/82)

306

| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT |
|---|---|
| NAME Raceon Hawkins | PAGE 2    CASE NO. |

Q. Are you known as "T"?

A. Yes, because my middle name is Terrance. There is another "T" out there. He does detailing of cars by the Texaco station.

Q. I'm showing you a photo, do you recognize this male. PPN Anthony Daniels PPN-753672

A. That's "T". He sometimes wears a green jacket and work pants.

Q. I'm showing you another photo, do you know this male? PPN-721687 Daniel Gwynn

A. His face is familiar, but I don't know him.

Raceon Hawkins

75-483A

**307**

| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT | |
|---|---|---|
| NAME Raceon Hawkins | PAGE 3 | CASE NO. |

Q. Do you have any information about the fire in the apartment building at 46 & Chestnut St?

A. No sir.

Raceon Hawkins

75-483A

308