IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL GWYNN,** | : | **CIVIL ACTION** |
| Petitioner, | | |
| v. | : | **NO. 08-5061 (PBT)** |
| **COMMISIONER JEFFREY BEARD,** et al., | : | |
| Respondents. | | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

1. Daniel Gwynn is a Pennsylvania state prisoner currently serving a sentence of life imprisonment for first-degree murder and related offenses.

2. In March 2009, Gwynn filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 with the Court.

3. After numerous delays to allow for discovery and litigation surrounding discovery to take place, Gwynn filed a memorandum of law setting out his current guilt-phase claims on January 3, 2022. ECF No. 142.

4. On motions by Respondents, Respondents' response to Gwynn's petition and memorandum of law is due on or before February 8, 2023.

5. Respondents are not able to comply with this deadline. The undersigned has a heavy caseload of pre-existing matters to attend to, the unit in which the undersigned works is understaffed, and this matter is complex and requires extensive review.

6. The undersigned has spoken with counsel for Gwynn, Karl Schwartz, who related to the undersigned that he does not oppose this request.

7. Respondents respectfully request an additional 14-day extension of time to file their response to Gwynn's petition and memorandum of law.

**WHEREFORE**, Respondents respectfully request that they be granted a 14-day extension of time in which to file their response to Gwynn's petition and memorandum.

Respectfully submitted,

*/s/ David Napiorski*
DAVID J. NAPIORSKI
Assistant District Attorney
Law Division - Federal Litigation Unit

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL GWYNN,** | : | CIVIL ACTION |
|     **Petitioner,** | | |
| | | |
| v. | : | NO. 08-5061 (PBT) |
| | | |
| **COMMISIONER JEFFREY BEARD,** | | |
| et al., | : | |
|     **Respondents.** | | |

### ORDER

**AND NOW**, on this _____ day of _____, 2023, upon consideration of Respondents' Unopposed Motion for Extension of Time to File a Response to Petitioner's Petition in the above-captioned matter, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Respondents' time for filing a response to Petitioner's Petition is extended 14 days from the date of this Order.

BY THE COURT

_____
The Hon. Carol Sandra Moore Wells
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL GWYNN, | : | CIVIL ACTION |
|     Petitioner, | | |
| v. | : | NO. 08-5061 (PBT) |
| COMMISIONER JEFFREY BEARD, et al., | : | |
|     Respondents. | | |

I, David J. Napiorski, hereby certify that on this 8th day of February, 2023, the foregoing motion was served *via* the court's electronic filing system on all counsel of record.

                                                */s/ David Napiorski*
                                                DAVID NAPIORSKI
                                                Assistant District Attorney
                                                Federal Litigation Unit