**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DANIEL GWYNN, | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JEFFREY A. BEARD, *et al.* | : | NO.  08-5061 |

## ORDER

**AND NOW**, this 18th day of February 2023, upon consideration of Respondents' "Unopposed Motion for Extension of Time" (Document No. 138), it is hereby **ORDERED** that:

1.  On or before February 23, 2023, Respondents shall file a Response to the Petition for Writ of Habeas Corpus;

2.  On or before March 23, 2023, Petitioner may file a Reply to the Response.

**IT IS SO ORDERED**.

**BY THE COURT**:


 */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge