# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL GWYNN, | : | |
| | : | |
| Petitioner, | : | **Civil Action** |
| v. | : | |
| | : | NO. 08-5061 (KSM) |
| BERNADETTE MASON, et al., | : | |
| | : | |
| Respondents. | : | |

## STATUS UPDATE

On June 8, 2023, this Court conditionally granted Gwynn's petition for a writ of habeas corpus and ordered that state authorities release him from custody unless he is retried on or before December 5, 2023. ECF No. 144. That deadline was then twice extended by this Court.

On February 28, 2024, the Honorable Barbara A. McDermott of the Philadelphia Court of Common Pleas granted the undersigned's motion for *nolle prossequi* in Daniel Gwynn's pending state criminal matter. Gwynn has since been released from custody, and the Court may mark this matter as closed.

Respectfully submitted,

/s/ David Napiorski
DAVID J NAPIORSKI
Asst. Supervisor, Federal Litigation